Exhibit A

**Hilda Solis, Secretary of Labor v. Lemmon Livestock, Inc., and Paul Huffman**

| Employee Name | Backwage Period | Back Wages Due |
| --- | --- | --- |
| Dennis Baumgarten | 10/4/2008-12/20/2008 | $191.12 |
| Jeremiah Chapman | 8/7/2010-9/4/2010 | $64.68 |
| Bruce Densberger | 8/16/2008-9/6/2008 | $64.48 |
| Vicki Fogerty | 1/19.2008-9/18/2010 | $864.64 |
| Patrick E. Hedstrom | 4/18/2009-9/18/2010 | $314.38 |
| Jodie Johnson | 10/18/2008-9/18/2010 | $740.73 |
| Clifford Krebbs | 11/7/2009-9/18/2005 | $150.48 |
| Steven Moen | 4/18/2009-5/2/2009 | $81.86 |
| Michael O'Connor | 11/1/2008-9/18/2010 | $3,240.01 |
| Mathew Scroggins | 4/3/2010-7/3/2010 | $451.44 |
| Jeremy Voss | 4/18/2009-2/20/2010 | $1,113.18 |